## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Lionell Kline

           Plaintiff,

v.                                                              Case No.: 1:19–cv–05291

                                           Honorable John J. Tharp Jr.

United Airlines, Inc

           Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 16, 2020:

      MINUTE entry before the Honorable Maria Valdez: Settlement conference held. After discussions and a review of the settlement letters, the Court determines that a further settlement conference will not be fruitful at this time. The case will move forward in litigation. Settlement assistance counsel, Mr. Mock, is relieved of his obligation representing Mr. Kline until a settlement conference is convened again. The parties are to meet and confer and provide the Court with a status report on a discovery plan within ten business days. If the parties cannot agree on a plan, they are to articulate their disagreement in the status report. Defense counsel will be responsible for the filing of the status report. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.