# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Lionell Kline
                            Plaintiff,

v.                                                   Case No.: 1:19−cv−05291
                                                             Honorable LaShonda A. Hunt

United Airlines, Inc
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 3, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed the Motions to Amend or Vacate Judgment Under Rule 59 [211][212] that were filed by self−represented Plaintiff Lionell Kline and appear to be identical. Plaintiff raises many of the same issues about the alleged assault that were previously considered and found unpersuasive by the Court, even after Plaintiff was afforded ample time to file additional responses in opposition. "Reconsideration is not an appropriate forum for rehashing previously rejected arguments or arguing matters that could have been heard during the pendency of the previous motion." <u>Ahmed v. Ashcroft,</u> 388 F.3d 247, 249 (7th Cir. 2004). The motions [211][212] are therefore denied. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.